UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:15cr004 |
| **Plaintiff,** | |
| V. | **JUDGE DAN AARON POLSTER** |
| Ronald Bergrin | **MINUTES OF PROCEEDING** |
| **Defendant(s).** | |

U.S. Attorney: Brian McDonough/Matthew Shepherd

Attorney for Defendant(s): Edward Bryan

Claire Cahoon Curtis

CJA: ☐
FPD: ✓
Retained: ☐

Proceedings: Hearing re: Competency Evaluation

   On October 26, 2016, the Court held a hearing regarding the defendant's Competency Evaluation Report issued by Dr. T.L. Cunic, Ph.D., who was present at the hearing via telephone.

   For the reasons stated on the record, the Court sustained defense counsel's objections to the Competency Evaluation Report, finding Ronald Bergrin incompetent to stand trial by virtue of mental disease or illness. This case is DISMISSED WITHOUT PREJUDICE.

   The Court advised Bergrin of his appeal rights and noted Bergrin's objection to the Court's findings. The Federal Public Defender's Office will remain counsel of record until the Notice of Appeal is filed.

   The U.S. Marshal Service is ordered to transport Bergrin to the borough of his residence in the Southern District of New York (Manhattan).

Time: 40 minutes

s/Katherine King
Courtroom Deputy

Court Reporter: Judy Gage