**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Case No.: 1:15CR4 |
| ) | |
| **Plaintiff(s),** ) | |
| ) | **JUDGE DAN AARON POLSTER** |
| **v.** ) | |
| ) | |
| ) | **ORDER** |
| **RONALD BERGRIN,** ) | |
| ) | |
| **Defendant(s).** ) | |

At the hearing held on October 26, 2016, the Court entered an Order releasing Ronald Bergrin from custody.

The United States Marshal Service is ORDERED to transport the defendant to the borough of his residence prior to arrest in the Southern District of New York (Manhattan) as soon as possible.

IT IS SO ORDERED.

      *s/Dan Aaron Polster 10/26/2016*
      DAN AARON POLSTER
      UNITED STATES DISTRICT JUDGE