**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  1:15-cr-00004-DAP** |
| | ) | |
| Plaintiff, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | <u>**JUDGMENT ENTRY**</u> |
| | ) | |
| **RONALD BERGRIN,** | ) | |
| | ) | |
| Defendant. | ) | |

On October 26, 2016, the Court sustained Objections to the August 29, 2016 Competency Report, Doc #: 95, found Ronald Bergin incompetent to stand trial, dismissed the indictment without prejudice, and ordered Ronald Bergin transported and released.  Doc #: 98.

For the reasons stated on the record during the October 26, 2016, Hearing, the indictment is hereby DISMISSED WITHOUT PREJUDICE.  The above-captioned case is closed.

IT IS SO ORDERED.

*/s/ Dan A. Polster     Oct. 27, 2016*
**DAN AARON POLSTER**
**UNITED STATE DISTRICT JUDGE**